AO 245B(Rev. 09/19) Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | Case Number: 4:23CB3002 |
| | USM Number: P |
| CHAD W. SHRINER | Pro Se |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ pleaded guilty to count I of the Citation.

☐ pleaded nolo contendere to count(s) which was accepted by the court.

☐ was found guilty on count(s) after a plea of not guilty

The defendant is adjudicated guilty of these offenses:

| **Title & Section & Nature of Offense** | **Offense Ended** | **Count** |
|---|---|---|
| 38 CFR 1.218 (b) (38) POSSESSION OF A FIREARM ON VA PROPERTY | January 9, 2023 | I |

    The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s) dismissed on the motion of the United States.

    **IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

March 2, 2023
Date of Imposition of Sentence:


*s/ Cheryl R. Zwart*
United States Magistrate Judge

March 13, 2023
Date

DEFENDANT: CHAD W. SHRINER  
CASE NUMBER: 4:23CB3002

## PROBATION

You are hereby sentenced to a term of probation for **one (1) year, with minimal supervision.**

### MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must pay the $25.00 assessment imposed by law.
3. You must pay the $100.00 fine in accordance with the Schedule of Payments sheet of this judgment.
4. You must pay the $30.00 processing fee in accordance with the Schedule of Payments sheet of this judgment.

### SPECIAL CONDITIONS OF SUPERVISION

l.   You must pay a fine in the amount of 100.00 to the Central Violation Bureau.  This amount is due immediately. (PAID)

2.   You must compete a gun safety course and provide notice of completion to the U. S. Probation Office.

3.   You must contact the Supervision Unit of the U.S. Probation Office for the District of Nebraska between the hours of 8:00 a.m. and 4:30 p.m., 100 Centennial Mall North, 530 U.S. Courthouse, Lincoln, Nebraska, (402) 437-1920, within seventy-two (72) hours of entry of this judgment, and, thereafter, as directed by the probation officer.

**U.S. Probation Office Use Only**

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see Overview of Probation and Supervised Release Conditions, available at: www.uscourts.gov.

Defendant's Signature _____                Date _____

### CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties in accordance with the schedule of payments set forth in this judgment.

|        | **Assessment** | **Restitution** | **Fine**          | **Processing Fee** |
|--------|----------------|-----------------|-------------------|--------------------|
| **TOTALS** | $25.00 (paid)  |                 | $100.00 (paid)    | $30.00 (paid)      |

### SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A  ☒  Lump sum payment of $55.00 due immediately. (All PAID directly to CVB)  
      ☐  not later than March 31, 2023, or  
      ☐  in accordance with     ☐ C,   ☐ D,   ☐ E, or   ☐ F below; or

AO245B(Rev 09/19) Judgment in a Criminal Case                                Judgment Page 3 of 3

DEFENDANT: CHAD W. SHRINER
CASE NUMBER: 4:23CB3002

CLERK'S OFFICE USE ONLY:

ECF DOCUMENT

I hereby attest and certify this is a printed copy of a document which was electronically filed with the United States District Court for the District of Nebraska.

Date Filed:_____

DENISE M. LUCKS, CLERK

By _____Deputy Clerk